Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
Noah J. Larsh (SBN 348541)
Noah@SwigartLawGroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 866-219-3343

Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
P: 619-222-7429

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGNTECHNICA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>SWIGART LAW GROUP, APC and Thirty-Six (36) Of Its Putative Clients,<br><br>Defendants. | CASE NO: 24CV1054-W-AHG<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(B)(6) AND FRCP 12(B)(1)**<br><br>Hon. Judge Thomas Whelan<br><br>DATE: September 23, 2024<br>TIME: No oral argument pursuant to local rule<br>CRTRM: 3C |

# NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b)(6) and FRCP 12(b)(1)

**TO AL PARTIES AND THEIR COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that on September 23, 2024, or as soon thereafter, in Courtroom 3C, third floor, of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, before the Honorable Judge Thomas J. Whelan, Counsel for Defendants will, and hereby does, move to dismiss Plaintiff's complaint pursuant to FRCP 12(b)(6) and FRCP 12(b)(1). Pursuant to local rule, no oral argument may be heard on this motion.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the declaration of attorney Joshua B. Swigart, all papers from this case on file with the Court, all other matters of which the Court may take judicial notice, any further evidence or argument offered to the Court, and any other evidence and argument the Court may consider.

Respectfully submitted,

Date: August 13, 2024     **SWIGART LAW GROUP, APC**

By: *s/ Joshua Swigart*
    Joshua B. Swigart, Esq.
    Josh@SwigartLawGroup.com
    Noah J. Larsh, Esq.
    Noah@SwigartLawGroup.com
    Attorneys for Defendants


**LAW OFFICE OF DANIEL G. SHAY**

Date: August 13, 2024     By: *s/ Daniel Shay*
    Daniel G. Shay, Esq.
    DanielShay@TCPAFDCPA.com
    Attorney for Defendants