| | |
|---|---|
| Joshua B. Swigart (SBN 225557)<br>Josh@SwigartLawGroup.com<br>Noah J. Larsh (SBN 348541)<br>Noah@SwigartLawGroup.com<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA 92108<br>P: 866-219-3343 | Daniel G. Shay (SBN 250548)<br>DanielShay@TCPAFDCPA.com<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA 92108<br>P: 619-222-7429 |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGNTECHNICA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br><br>SWIGART LAW GROUP, APC and Thirty-Six (36) Of Its Putative Clients,<br><br>Defendants. | CASE NO: 24CV1054-W-AHG<br><br>**DECLARATION OF JOSHUA B. SWIGART IN SUPPORT OF MOTION OF DEFENDANTS SWIGART LAW GROUP, APC AND THIRTY-SIX (36) OF ITS PUTATIVE CLIENTS TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(B)(6) AND FRCP 12(B)(1)**<br><br>Hon. Judge Thomas J. Whelan<br><br>DATE: September 23, 2024<br>TIME: No oral argument pursuant to local rule<br>CRTRM: C3 |

**DECLARATION OF JOSHUA B. SWIGART**

I, JOSHUA B. SWIGART, declare and state as follows:

1. I am an attorney duly to practice before all of the courts of the State of California. I am an attorney with the Swigart Law Group, APC, a law firm, and counsel of record for Defendants Swigart Law Group, APC ("Swigart") and Thirty-Six of its Putative Clients ("Swigart Clients") (collectively, "Defendants") in the above-entitled action.

2. I am licensed to practice law in California, Washington, Michigan, Washington D.C., and Wisconsin.

3. I have personal knowledge of the matters set forth herein, and I could and would competently testify under oath to them if called as a witness.

4. I make this declaration in support of Defendants' motion to dismiss Plaintiff's complaint pursuant to FRCP 12(b)(6) and FRCP 12(b)(1).

5. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Complaint in this matter.

6. Attached hereto as **Exhibit B** is a true and correct copy of the demand filed by Defendant Bermudez in his individual JAMS arbitration.

7. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff's Answer to Defendant Bermudez's Demand for Arbitration.

8. Attached hereto as **Exhibit D** is a true and correct copy of the Preliminary Hearing Order No. 1 from the Bermudez matter issued by JAMS Arbitrator Charles Dick, Jr.

9. Attached hereto as **Exhibit E** is a true and correct copy of the Preliminary Hearing Order No. 2 from the Bermudez matter issued by JAMS Arbitrator Charles Dick, Jr

10. Attached hereto as **Exhibit F** is a true and correct copy of the invoice JAMS issued to Respondent in the Defendant Bermudez matter.

11. Attached hereto as **Exhibit G** is a true and correct copy of the Second Amended Demand filed in the Defendant Bermudez matter.

12. Attached hereto as **Exhibit H** is a true and correct copy of the invoice issued by JAMS to Plaintiff on May 3, 2024.

13. Attached hereto as **Exhibit I** is a true and correct copy of the May 10, 2024 letter issued by JAMS in the Defendant Bermudez matter.

14. Attached hereto as **Exhibit J** is a true and correct copy of the June 13, 2024 letter JAMS issued noticing the removal of the hearing date in the Defendant Bermudez matter.

15. Attached hereto as **Exhibit K** is a true and correct copy of June 20, 2024 email from Gabriela Lalonde, the case manager in the Defendant Bermudez arbitration.

16. Attached hereto as **Exhibit L** is a true and correct copy of the April 11, 2024 JAMS letter and invoice in the Bate matter.

17. Attached hereto as **Exhibit M** is a true and correct copy of the April 25, 2024 JAMS final fee request letter in the Bate matter.

18. Attached hereto as **Exhibit N** is a true and correct copy of the May 29, 2024 JAMS letter, closing the Bate matter.

19. Attached hereto as **Exhibit O** is a true and correct copy of the March 19, 2024 JAMS letter and invoice in the Higgins matter.

20. Attached hereto as **Exhibit P** is a true and correct copy of the April 2, 2024 JAMS final fee request letter in the Higgins matter.

21. Attached hereto as **Exhibit Q** is a true and correct copy of the May 7, 2024 JAMS letter, closing the Higgins matter.

22. Attached hereto as **Exhibit R** is a true and correct copy of the March 19, 2024 JAMS letter and invoice in the Lozano matter.

23. Attached hereto as **Exhibit S** is a true and correct copy of the April 2, 2024 JAMS final fee request letter in the Lozano matter.

24. Attached hereto as **Exhibit T** is a true and correct copy of the May 7, 2024 JAMS letter, closing the Lozano matter.

25. Attached hereto as **Exhibit U** is a true and correct copy of the March 18, 2024 JAMS letter and invoice in the Mason matter.

26. Attached hereto as **Exhibit V** is a true and correct copy of the April 2, 2024 JAMS final fee request letter in the Mason matter.

27. Attached hereto as **Exhibit W** is a true and correct copy of the May 7, 2024 JAMS letter, closing the Mason matter.

28. Attached hereto as **Exhibit X** is a true and correct copy of the April 5, 2024 JAMS letter and invoice in the Nunez matter.

29. Attached hereto as **Exhibit Y** is a true and correct copy of the April 23, 2024 JAMS final fee request letter in the Nunez matter.

30. Attached hereto as **Exhibit Z** is a true and correct copy of the May 28, 2024 JAMS letter, closing the Nunez matter.

31. Attached hereto as **Exhibit AA** is a true and correct copy of the March 19, 2024 JAMS letter and invoice in the Paramo matter.

32. Attached hereto as **Exhibit AB** is a true and correct copy of the April 2, 2024 JAMS final fee request letter in the Paramo matter.

33. Attached hereto as **Exhibit AC** is a true and correct copy of the May 7, 2024 JAMS letter, closing the Paramo letter.

34. Attached hereto as **Exhibit AD** is a true and correct copy of the March 19, 2024 JAMS letter and invoice in the Walker matter.

35. Attached hereto as **Exhibit AE** is a true and correct copy of the April 2, 2024 JAMS final fee request letter in the Walker matter.

36. Attached hereto as **Exhibit AF** is a true and correct copy of the May 7, 2024 JAMS letter, closing the Walker matter.

37. Attached hereto as **Exhibit AG** is a true and correct copy of the April 5, 2024 filing email of the mass demand, as well as the proof of service.

38. Attached hereto as **Exhibit AH** is a true and correct copy of the April 26, 2024 JAMS invoice to Plaintiff in the mass arbitration demand.

39. Attached hereto as **Exhibit AI** is a true and correct copy of the May 20, 2024 JAMS final fee request letter in the mass arbitration.

40. Attached hereto as **Exhibit AJ** is a true and correct copy of Plaintiff's Motion to Stay the mass arbitration proceedings.

41. Attached hereto as **Exhibit AK** is a true and correct copy of the JAMS Comprehensive Arbitration Rules and Procedures.

42. Attached hereto as **Exhibit AL** is a true and correct copy of the August 6, 2024 letter confirming JAMS and the arbitrators authority in determining jurisdiction and arbitrability.

I declare under the penalty of perjury of the laws of California and the United States that the foregoing is true and correct.

Date: August 13, 2024

Respectfully submitted,

**SWIGART LAW GROUP**

By: *s/ Joshua Swigart*
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com
Attorney for Defendants

5
Declaration of Joshua B. Swigart in Support of Defendants' Motion to Dismiss