# EXHIBIT B

# Demand For Arbitration - Marc Bermudez vs. #5240000537

## Submission Date: 4/13/2023

### 1. JAMS Local Center

JAMS resolution center       Requested Hearing Location

San Diego, California

### 2. Rules & Fees

Arbitration Rules

JAMS Comprehensive Arbitration Rules and Procedures

Filing & Submission Fees

⊙ Other if the parties' agreement calls for a different amount for consumer or employee to pay.

---

**3. Claimant(s)**                            **Claimant Representatives**

1. Marc Bermudez                              A. Joshua Swigart
   Swigart Law Group, APC                        Swigart Law Group, APC

                                                 josh@swigartlawgroup.com

                                              B. Noah Larsh
                                                 Swigart Law Group, APC

                                                 noah@swigartlawgroup.com

---

**4. Respondent(s)**                          **Respondent Representatives**

1.                                            A. Bonnie Page
   Designtechnica Corporation

                                                 bonnie@clementine.legal
   legal@digitaltrends.com

---

## 5. Nature of Dispute

Respondent violated the Federal Wiretap Act, 18 U.S.C. § 2510 et seq and the California Invasion of Privacy Act, Cal. Pen. Code § 631 et seq by intercepting and recording Claimant's electronic communications with Respondent's website then disclosing the information Respondent acquired to Meta Platforms, Inc. dba Facebook. Claimant further basis these claims against Respondent through the common law torts of invasion or privacy and intrusion upon seclusion.

Amount in Controversy $ 25,000

## 6. Agreement

Section 18. Page 21.

- Designtechnica Corporation - Terms of Use.pdf   Other

## 7. Consumer & Employment

⊙ YES, this is a CONSUMER ARBITRATION

## 8. Submission information

Name    Joshua Swigart
Address
Zip Code
City    San Diego
State   CA
Phone
E-mail  josh@swigartlawgroup.com